# United States District Court
# Northern District of Indiana
# Hammond Division

| | |
|---|---|
| DOUGLAS ROBINSON, Board of Trustees Chairman, and DAVID THARP, Board of Trustees Secretary, on behalf of INDIANA REGIONAL COUNCIL OF CARPENTERS PENSION TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL E. PETYO d/b/a/ THE IMAGE MAKERS, INC.; <br> MICHAEL E. PETYO d/b/a THE IMAGE MAKERS; <br> MICHAEL E. PETYO d/b/a TIMI CONSTRUCTION CORPORATION; <br> THE IMAGE MAKERS, INC; <br> THE IMAGEMAKERS; and <br> MICHAEL PETYO; <br><br> Defendants. | Civil Action No. 2:06-CV-433 JVB |

**MEMORANDUM ORDER**

On December 8, 2009, Magistrate Judge Paul R. Cherry filed and served on the parties his Report and Recommendation (DE 58) on Plaintiffs' motion for sanctions (ED 48) and motion for default judgment (DE 54). Judge Cherry recommended that this Court grant Plaintiffs' Motions. In the Report and Recommendation he advised the parties that they had fourteen days from the date of service of the Report and Recommendation within which to file objections and noted that the failure to file a timely objection would result in waiver of the right to challenge the Recommendation before both the District Court and the Court of Appeals. *Willis v. Caterpillar, Inc.,* 199 F.3d 902, 904 (7th Cir. 1999); *Hunger v. Leninger*, 15 F.3d 664, 668 (7th Cir. 1994; *The Provident Bank v. Manor Steel Corp.,* 882 F.2d 258, 260-261 (7th Cir. 1989).

To date, no objections to the Report and Recommendation have been filed. Accordingly, this Court adopts Judge Cherry's recommendations as follows:

1. Plaintiffs' verified motion for sanctions, including default, against Defendant Michael Petyo (DE 48) is **GRANTED**.

2. Plaintiffs' verified motion for default judgment against Defendants Timi Construction Corporation, The Image Makers, Inc., and the Imagemakers (DE 54) is **GRANTED**.

3. Default Judgement is awarded to the Plaintiffs and against the Defendants (1) Michael Petyo, (2) Michael Petyo d/b/a The Image Makers, Inc., (3) Michael Petyo d/b/a The Image Makers, (4) Michael Petyo d/b/a Timi Construction Corporation, (5) Timi Construction Corporation, (6) The Image Makers, Inc., and (7) The Imagemakers, jointly and severally, in the total amount of $117,612.74, including (1) $96,937.74 in delinquent contributions, deductions, interest, liquidated damages, late payment assessments and audit fees for the period stated above, and (2) $20,325 and $350 in attorneys' fees and costs, respectively.

SO ORDERED on January 13, 2010.

s/ Joseph S. Van Bokkelen
Joseph S. Van Bokkelen
United States District Judge